Richard K. Grosboll, State Bar No. 99729
Benjamin K. Lunch, State Bar No. 246015
Tanisha M. Shafer (Arata), State Bar No. 280588
NEYHART, ANDERSON, FLYNN & GROSBOLL
369 Pine Street, Suite 800
San Francisco, California 94104
Tel. (415) 677-9440; Fax (415) 677-9445
rgrosboll@neyhartlaw.com; blunch@neyhartlaw.com; tarata@neyhartlaw.com
**Attorneys for Plaintiffs**

Diane Aqui, State Bar No. 217087
Richard R. Sutherland, State Bar No. 240858
SMITH DOLLAR PC, Attorneys at Law
418 B Street, Fourth Floor
Santa Rosa, California 95401
Tel. (707) 522-1100; Fax (707) 522-1101
daqui@smithdollar.com; rsutherland@smithdollar.com
**Attorneys for Defendant**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| BAY AREA ROOFERS HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br>v.<br><br>PLATINUM ROOFING, INC.<br><br>Defendant. | Case No. 19-cv-06765-WHA<br><br>**[STIPULATED ~~PROPOSED~~] ORDER GRANTING DIANE AQUI, RICHARD SUTHERLAND AND SMITH DOLLAR PC'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT PLATINUM ROOFING, INC.** |

    Counsel for Plaintiffs and Counsel for Defendant stipulate to the below proposed order, which captures the rulings made today at this morning's 8:00am motion hearing.

Date: May 21, 2020    /s/ Tanisha Shafer (Arata)
                                Neyhart, Anderson, Flynn & Grosboll,
                                Attorneys for Plaintiffs

Date: May 21, 2020    /s/ Richard R. Sutherland
                                Smith Dollar PC,
                                Attorneys for Defendant

NEYHART, ANDERSON, FLYNN & GROSBOLL
ATTORNEYS AT LAW

**[PROPOSED] ORDER**

Diane Aqui, Richard Sutherland and Smith Dollar PC's Motion to Withdraw as Counsel for PLATINUM ROOFING, INC. is GRANTED.

Plaintiffs are ordered to serve on the Receiver for PLATINUM ROOFING, INC. (Kevin Singer or "the Receiver"), and Counsel for the Receiver (Simon Aron) a copy of this Order, and to also serve a courtesy copy to the Hon. Mary Arand (Judge of the Superior Court of Santa Clara County), Richard Sutherland, and Diane Aqui.

The consequence of the withdrawal of counsel is that PLATINUM ROOFING, INC. will no longer be represented (and through the ordinary course, Default Judgment could be entered against PLATINUM ROOFING, INC.). However, given there is a Receivership in this case, there is an opportunity to settle because the Receiver holds the purse strings of PLATINUM ROOFING, INC.

The practical solution is for the parties (Plaintiffs and PLATINUM ROOFING, INC.) and the Receiver to reach a settlement agreement. Plaintiffs, the Receiver, and the Receiver's counsel are hereby ordered to meet and confer to settle within two weeks (by Thursday, June 4, 2020).

If no settlement is reached within those two weeks, then Plaintiffs are ordered to formally join the Receiver in this case and litigate this case against the Receiver in federal court.

This Court requests the assistance of Judge Mary Arand in the Santa Clara County Superior Court to issue whatever order she deems necessary to bring this mess to conclusion.

**IT IS SO ORDERED.**

Dated: May 26, 2020.

_____
U.S. District Court Judge