UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA ROOFERS HEALTH & WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PLATINUM ROOFING, INC.,<br><br>Defendant. | No. C 19–06765 WHA<br><br>**DEFAULT JUDGMENT** |

For the reasons stated in the accompanying order (Dkt. 77), **DEFAULT JUDGMENT** is hereby entered in favor of plaintiffs and against defendant Platinum in the amount of $2,811,676.66.

**IT IS SO ORDERED.**

Dated: October 6, 2021

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE